IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

HAROLD HUTCHINS                                                    PLAINTIFF

v.                           Case No. 2:20-cv-00242-KGB

DIA LODGING LLC, *et al.*                               DEFENDANTS

## ORDER

Before the Court is the motion of Leslie Isaacman Yohey to withdraw as counsel for defendant Days Inns Worldwide, Inc. ("DIW") (Dkt. No. 31). Ms. Isaacman Yohey states that DIW will continue to be represented in this case by Brad Trammel of the firm Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C. (*Id.*). Ms. Isaacman Yohey also states that opposing counsel does not object to the motion (*Id.*). For good cause shown, the Court grants Ms. Isaacman Yohey's motion to withdraw and relieves Ms. Isaacman Yohey as counsel of record for DIW in this matter (*Id.*).

It is so ordered this the 18th day of October, 2021.

Kristine G. Baker
United States District Judge