IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**HAROLD HUTCHINS**                                                                                          **PLAINTIFF**

v.                                          **Case No. 2:20-cv-00242-KGB**

**DIA LODGING LLC,** *et al.*                                                                            **DEFENDANTS**

## ORDER

Before the Court is the unopposed motion to unseal Docket Number 29 of defendant Days Inns Worldwide, Inc. ("DIW") (Dkt. No. 34). DIW states that, because the Court's Opinion and Order contains very limited references to DIW's confidential Standards of Operation and Design Manual and Quality Assurance Reports, the Court's unsealing of the Opinion and Order would not jeopardize the confidentiality of these materials (*Id.*, at 1). Plaintiff Harold Hutchins does not oppose the motion (*Id.*). For good cause shown, the Court grants the motion and directs the Clerk to unseal Docket Number 29 (*Id.*).

It is so ordered this the 18th day of October, 2021.

Kristine G. Baker
United States District Judge